# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128100

JOSEPH L. THOMPSON,
      Petitioner-Appellant,

v

STATE EMPLOYEES' RETIREMENT SYSTEM,
      Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128100
COA: 255251
Ingham CC: 03-000355-AA

On order of the Court, the application for leave to appeal the February 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

t1026